**Motion Granted; Appeal Dismissed and Memorandum Opinion filed January 14, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00385-CV

**NORTH DAKOTA PIPELINE COMPANY LLC D/B/A NDPL LLC, Appellant**

**V.**

**SPIRE STL PIPELINE, LLC, Appellee**

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-68374**

## MEMORANDUM OPINION

This is an appeal from a judgment signed February 19, 2018. On January 6, 2020, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Spain and Poissant.